UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES FRANCIS O'DONNELL, JR., <br>    Plaintiff, <br> <br> v. <br> <br> OFFICER DAVID JOHNSTON and <br> OFFICER HATFIELD, JR., <br>    Defendants. | : <br> : <br> : <br> :  No. 5:23-cv-1755 <br> : <br> : <br> : <br> : |

**O R D E R**

**AND NOW**, this 2nd day of August, 2023, upon consideration the fact that Plaintiff failed to show cause in response to the Court's June 13, 2023 order, and for the reasons given in the opinion issued this date, **IT IS ORDERED THAT**:

1. The complaint, ECF No. 1, is **DISMISSED without prejudice**.
2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge